IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| JOHN DOE, ) <br> ) <br> *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> William Lee, Governor of the State ) <br> of Tennessee, in his official capacity; ) <br> ) <br> And, ) <br> ) <br> David Rausch, Director of the Tennessee ) <br> Bureau of Investigation, in his official ) <br> capacity. ) <br> ) <br> *Defendants*. ) | Civil Action No: 3:23-cv-1335 <br><br> Judge Trauger |

**PLAINTIFF'S MOTION TO FILE UNDER SEAL**

Comes now Plaintiff, by and through Counsel, and moves this Honorable Court pursuant to Local Rule 5.03 and Administrative Practices and Procedures for ECF Filing § 5.07 to authorize Plaintiff to make a sealed filing of **Exhibits A and C** in support of his **Motion to Extend Stay**. The Court has previously granted Plaintiff's request to proceed under the pseudonym "**John Doe 1335**." (ECF 22, Order). These particular exhibits to Plaintiff's motion contain identifying information that, if publicly disclosed, would undermine Plaintiff's request to proceed under pseudonym status.

Plaintiff will disclose copies of both exhibits to Counsels for Defendants contemporaneously with the filing of this motion.

1

Respectfully submitted,

*s/ Kyle Mothershead*
*s/ Aaron Rothbaum*

Kyle Mothershead, BPR 22953
Aaron Rothbaum, BPR 36572
Relentless Advocacy, PLLC
7000 Executive Center Drive, Suite 240
Nashville, TN 37027
T: (615) 891-3901 / F: (615) 229-6387
E: kyle@relentlesslaw.com
E: aaron@relentlesslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on **September 17, 2024**, Plaintiff's **Motion to File Under Seal** was filed electronically with the Court's electronic filing system. Notice of this filing will be served on **Attorneys Nicholas Bolduc, Tyler Sanders, and Rachel Newton, Counsel for Defendants Lee and Rausch,** at Nicholas.Bolduc@ag.tn.gov, Rachel.Newton@ag.tn.gov, and Tyler.Sanders@ag.tn.gov.

*s/ Aaron Rothbaum*
Aaron Rothbaum, BPR 36572